11/3/11

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re: VANSCOOTER, ARNOLD H / Case # 09-20094
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $4.57. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant GE Money Bank        Amount $ 4.57        Claim Register # 11

DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building     585 232 3730     Chamberlain D'Amanda Oppenheimer & Greenfield LLP
Rochester, NY 14614-1397     Fax 585 232 3882
                             www.cdog.com

Case 2-09-20094-JCN    Doc 45    Filed 11/03/11    Entered 11/04/11 15:02:05    Desc Main Document    Page 1 of 1